[No. 13876-0-II. Division Two. January 23, 1991.]

DAVID HAWKINS, ET AL, *Appellants,* v. BOOTH GARDNER, as *Governor,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-00236-9, Paula Casey, J., entered April 10, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.

[No. 13739-9-II. Division Two. January 23, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 165394R090, David H. Johnson, J. Pro Tem., entered February 12, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.

[No. 10534-2-III. Division Three. January 24, 1991.]

M. STANLEY SLOAN, *Appellant,* v. WILLIAM MAIN CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84-2-01073-2, Michael E. Donohue, J., entered December 20, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.